RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY NIVONGSO,<br><br>　　　　Defendant. | Case No. 2:19-CR-323-RFB-NJK<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including July 16, 2020, within which to file the Defendant's pretrial motions currently due July 2, 2020.

　　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 30, 2020, to file any and all responsive pleadings, currently due July 16, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 6, 2020, to file any and all replies to dispositive motions, currently due July 23, 2020.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with her client; and to file a pretrial motion should her client reject the government's proposed resolution.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 24th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TONY NIVONGSO,<br><br>　　　　　Defendant. | Case No. 2:19-CR-323-RFB-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with her client; and to file a pretrial motion should her client reject the government's proposed resolution.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including July 16, 2020, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 30, 2020, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including August 6, 2020, to file any and all replies to dispositive motions.

DATED this 13th day of July, 2020.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE