NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>TONY NIVONGSO,<br><br>              Defendant. | Case No. 2:19-cr-00323-RFB-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**<br><br>(*First Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the response to Defendant's Motion to Suppress Evidence (ECF No.24) due on July 30, 2020, be vacated and continued and reset for August 13, 2020.

This Stipulation is entered into for the following reasons:

1.   Counsel for the Government needs additional time before filing a response

to Defendant's Motion to Suppress Evidence.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this 27th day of July, 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH,<br>United States Attorney | RENE VALLADARES<br>Federal Public Defender |
| By: /s/ Brian Y. Whang<br>BRIAN Y. WHANG<br>Assistant United States Attorney | By: /s/ Raquel Lazo<br>RAQUEL LAZO, AFPD<br>Counsel for Brandon Lewis |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TONY NIVONGSO,<br><br>　　　　　　Defendant. | Case No. 2:19-cr-00323-RFB-NJK<br><br>**ORDER** |

　　　IT IS ORDERED that the response currently due on July 30, 2020, be filed and continued to August 13, 2020.

　　　DATED this __29th__ day of July, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**