RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Tony Nivongso

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>TONY NIVONGSO,<br><br>       Defendant. | Case No. 2:19-cr-00323-RFB-NJK<br><br>**STIPULATION to Continue Reply Deadline to Government's Response to Motion to Suppress (ECF NO. 29)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the reply deadlines to the Government's Response (ECF No. 29) to Defendant's Motion to Suppress (ECF No. 24) currently due August 20, 2020, be vacated and set to September 3, 2020.

This Stipulation is entered into for the following reasons:

1.    Mr. Nivongso has filed a motion to suppress. ECF No. 24. Additional time is needed in order for the motion to be fully briefed and for an evidentiary hearing to be scheduled and conducted. Thereafter, this Court will require time to rule on the motion.

2.    The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare the replies.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the reply deadline filed herein.

DATED this 17th day of August 2020.


RENE L. VALLADARES
Federal Public Defender


   */s/ Raquel Lazo*
By_____
RAQUEL LAZO
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney


   */s/ Brian Y. Whang*
By_____
BRIAN Y. WHANG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TONY NIVONGSO,<br><br>　　　　　　Defendant. | Case No. 2:19-cr-00323-RFB-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS<br>OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.　　Mr. Nivongso has filed a motion to suppress.  ECF No. 24.  Additional time is needed in order for the motion to be fully briefed and for an evidentiary hearing to be scheduled and conducted. Thereafter, this Court will require time to rule on the motion.

2.　　The defendant is incarcerated and does not object to the continuance.

3.　　The parties agree to the continuance.

4.　　The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare the replies.

5.　　Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00323-RFB-NJK |
| Plaintiff, | ORDER |
| v. | |
| TONY NIVONGSO, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that defense counsel's reply to the Government's Response (ECF No. 29) to Defendant's Motion to Suppress (ECF No. 24) currently due on August 20, 2020, is vacated and continued to September 3, 2020.

DATED this 17th day of August 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE