RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TONY NIVONGSO,<br><br>  Defendant. | Case No. 2:19-CR-323-RFB-NJK<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the Evidentiary Hearing currently scheduled on November 19, 2020 at 11:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.  Given the COVID-19 pandemic and the significant increase in cases in Southern Nevada, the Court advised the parties it will not hold in-person hearings for the next two months in an effort to slow the spread of COVID-19 within the community.

2. Although Mr. Nivongso has previously agreed to waive his in-person appearance, he will not consent to conducting the hearing via video.

3. The parties therefore request a continuance to allow for an in-person evidentiary hearing.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i), (iv) and 18 U.S.C. 3161(h)(1)(D).

This is the first request for a continuance of the evidentiary hearing.

DATED this 17th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TONY NIVONGSO,<br><br>        Defendant. | Case No. 2:19-CR-323-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Thursday, November 19, 2020 at 11:30 a.m., be vacated and continued to  January 19, 2021  at the hour of  9 00  .m.; or to a time and date convenient to the court.

DATED this  18th  day of November, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE