NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>TONY NIVONGSO,<br><br>Defendant. | Case No. 2:19-cr-00323-RFB-NJK<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br><br>(*Second Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, and Raquel Lazo, Assistant Federal Public Defender, counsel for defendant Tony Nivongso, that the Motion Hearing re: Motion to Suppress currently scheduled on January 19, 2021 at 9:00 a.m., be vacated and continued to a date and time convienent to the Court, but no sooner than fourteen (14) days.

This stipulation is entered into for the following reasons:

1. A necessary witness is unavailable to testify on January 19, 2021.

2. Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. This is the second request for a continuance of the motion hearing.

1

DATED this 12th day of January, 2021.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

| */s/ Brian Whang* | */s/ Raquel Lazo* |
|---|---|
| BRIAN WHANG<br>Assistant United States Attorney | RAQUEL LAZO, AFPD<br>Counsel for Defendant William Adams |

UNITES STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     vs.<br>TONY NIVONGSO,<br>          Defendant. | Case No. 2:19-cr-00323-RFB-NJK<br><br>**ORDER** |

### ORDER

IT IS THEREFORE ORDERED that the motion hearing currently scheduled for January 19, 2021 at 9:00 a.m., be vacated and continued to    February 4, 2021    at  9:00 A.M.  in LV Courtroom 7C before Judge Boulware, II. Defendant to appear by video-conference at proceedings.

DATED this    13th    day of January, 2021.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**