CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00323-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SUPPLEMENTAL BRIEFING** |
| TONY NIVONGSO, | (*First Request*) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the due date for the simultaneous Supplemental Briefing be continued seven (7) days from April 13, 2021 to April 20, 2021.

This Stipulation is entered into for the following reasons:

1. The government needs additional time to file its supplemental briefing.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this 12th day of April, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU, <br> Acting United States Attorney | RENE VALLADARES <br> Federal Public Defender |
| By: /s/ Brian Y. Whang <br> BRIAN Y. WHANG <br> Assistant United States Attorney | By: /s/ Raquel Lazo <br> RAQUEL LAZO, AFPD <br> Counsel for Jakarr Dudley |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TONY NIVONGSO,<br><br>　　　　　　　Defendant. | Case No. 2:19-cr-00323-RFB-NJK<br><br>**ORDER** |

# FINDINGS OF FACT

1. The government needs additional time to file its supplemental briefing.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 20, 2021, to file any and all supplemental briefing.

DATED this __12th__ day of April, 2021.

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE