CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
BRIAN Y. WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
Brian.Whang@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONY NIVONGSO,<br><br>Defendant. | Case No. 2:19-cr-00323-RFB-NJK<br><br>**MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States of America by Christopher Chiou, Acting United States Attorney for the District of Nevada, and Brian Whang, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant Tony Nivongso contained in the Indictment in case number 2:19-cr-00323-RFB-NJK. Nivongso currently is in custody.

\ \ \

\ \ \

\ \ \

\ \ \

1

1      DATED this 16th day of December, 2021.

2                                              Respectfully submitted,

3                                              CHRISTOPHER CHIOU

4                                              Acting United States Attorney

5                                              /s/ Brian Whang
                                               _____
6                                              BRIAN WHANG
                                               Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

TONY NIVONGSO,

    Defendant.

Case No. 2:19-cr-00323-RFB-NJK

**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE**

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the Acting United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Tony Nivongso contained in the Indictment in case number 2:19-cr-00323-RFB-NJK.

           Respectfully submitted,

           CHRISTOPHER CHIOU
           Acting United States Attorney

           */s/ Brian Whang*
           BRIAN WHANG
           Assistant United States Attorney

## ORDER

   Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Tony Nivongso contained in the Indictment in case number 2:19-cr-323-RFB-NJK.

   The Clerk of the Court is instructed to close this case.

   DATED this __17th__ day of __December__ 2021.

           _____
           HON. RICHARD F. BOULWARE, II
           UNITED STATES DISTRICT JUDGE